UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE ) | Chapter 11 |
| ) | |
| CAPITAL ACQUISITIONS ) | |
| AND MANAGEMENT CORP., ) | Bankruptcy No. 05 B 12554 |
| ) | |
| Debtor. ) | Hon. Judge Pamela S. Hollis |
| ) | |
| ) | **Hearing Date and Time:** January 10, 2006 at 10:00 a.m. |

**ROY G. WELLAND'S RESPONSE TO MOTION FOR APPROVAL OF SALE
AND STATEMENT FOR THE PURCHASE OF THE DEBTOR'S INTEREST
IN RAINBOW INTERNATIONAL HOLDINGS, LLC**

Roy G. Welland ("Welland"), by and through his undersigned counsel, hereby responds to the Motion for Approval of Sale of Debtor's Interest in Rainbow International Holdings, LLC (the "Motion") and states his offer for the purchase of this asset as follows:

A.  Introduction

1.  On December 15, 2005, the appointed receiver LePetomane XII, Inc. (the "Receiver") of Capital Acquisitions and Management Corporation ("CAMCO") filed on behalf of CAMCO as Debtor in Possession in this case under Chapter 11 a Motion for Approval of Sale seeking approval of the sale of CAMCO's equity interest in Rainbow International Holdings, LLC ("Rainbow").

B.  Receiver's Motion to Sell Equity Interest in Rainbow

2.  As stated in the Motion, CAMCO holds an equity interest in Rainbow which is governed by the terms of the Operating Agreement attached as Exhibit A to the Motion.

3. In the Motion, the Receiver stated that the four current members of Rainbow made an offer ("Members' Offer") on specific terms and conditions as stated therein to purchase CAMCO's 20% equity interest in Rainbow for the sum of $35,000.00. Welland is uncertain if the Members' Offer remains as a valid offer to purchase for the reason that said offer was limited to a certain time deadline which has passed and is stated to not be subject to extension beyond said deadline. However, for purposes of this proceeding, Welland will assume that the Members' Offer remains as a valid offer, notwithstanding the passage of the time deadline stated therein.

C. <u>Welland's Upset Offer to Purchase</u>

4. Welland makes the following offer ("Upset Offer") to purchase CAMCO's equity interest in Rainbow:

    a. Welland will pay the purchase price of $40,000.00 in cash to the Receiver on behalf of the Estate of CAMCO;

    b. The Receiver, on behalf of CAMCO as Debtor in Possession, will transfer CAMCO's entire equity interest in Rainbow to Welland free and clear of any and all liens, interests and encumbrances pursuant to Section 363 (f) of the Bankruptcy Code; and

    c. The Receiver will reject all executory contracts or provisions of executory contracts relating to CAMCO's interest in Rainbow.

Wherefore, Welland prays that the Court grant the following relief:

(A) approve the rejection by the Debtor in Possession of all executory contracts pertaining to the estate's equity interest in Rainbow, and,

(B) determine whether the Members' Offer constitutes a valid offer and if it is such a valid offer, than to conduct an auction between the Members and Welland for the sale of the Rainbow equity interest, or,

(C) in the alternative, if the Members' Offer is not a valid offer, than to approve Welland's offer on the terms and conditions stated herein as the best and highest bid to purchase the estate's equity interest in Rainbow, or,

    (D)    determine which offer constitutes the best and highest offer for the estate's equity interest in Rainbow and approve the sale of the estate's equity interest in Rainbow to the successful bidder making the best and highest bid, free and clear of all liens, encumbrances, interests and rejected contracts.

                                        Respectfully Submitted,

                                        **ROY G. WELLAND**

                                        By: ___/s/ Dennis E. Quaid___
                                        One of His Attorneys

Dennis E. Quaid, Esq. (IL No. 02267012)
Gary E. Green, Esq. (IL No. 06199484)
Christina M. Berish, Esq. (IL No. 06281022)
FagelHaber LLC
55 East Monroe Street, Suite 4000
Chicago, IL 60603
Telephone: (312) 346-7500
Fax: (312) 580-2201