UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| CAPITAL ACQUISITIONS | ) | |
| AND MANAGEMENT CORP . | ) | Case No. 05 B 12554 |
| Debtor. | ) | Judge Pamela S. Hollis |

## NOTICE OF MOTION

TO:   See Attached SERVICE LIST

PLEASE TAKE NOTICE that on Thursday, July 6, 2006 at 10:00 a.m. we shall appear before Honorable Judge Pamela S. Hollis, in Courtroom 644 of the United States Bankruptcy Court, Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604 Illinois, and then and there present the Receiver's **Motion to Vacate Order of May 4, 2006 and Enter Order of Approval of Sale Revised to Conform With the Bidding Procedures Motion Granted on April 27, 2006**, a copy of which is hereby served upon you.

>    **LePetomane XII, not individually but
>    solely in its representative capacity as
>    Federal Equity Receiver**
>
>    By:   /s/ Melissa C. Brown
>           One of its Attorneys

Melissa C. Brown (#6242587)
SUGAR FRIEDBERG & FELSENTHAL LLP
30 North LaSalle Street, Suite 3000
Chicago, Illinois 60602
Telephone: 312-704-9400

82013-1

82013-1

## CERTIFICATE OF SERVICE

I, Wendy S. Biggs, of Sugar, Friedberg & Felsenthal LLP, an attorney, certify that I caused to be served on this 30th day of June 2006 true and correct copies of this Notice of Filing and attachments to the parties, via REGULAR MAIL, listed on the attached SERVICE LIST and the electronic service list.

/s/ Wendy S. Biggs/
Wendy S. Biggs

## SERVICE LIST

**Richard C. Friedman**
Office of the United States Trustee
227 W. Monroe St.
Suite 3350
Chicago, IL 60606
(312) 886-3320
Email: Richard.C.Friedman@usdoj.gov

**David A. O'Toole**
**Rozi Bhimani**
Federal Trade Commission
Assistant Regional Director
55 East Monroe Street
Suite 1860
Chicago, IL 60603
(312) 960-5634
Email: dotoole@ftc.gov

**John R. Landis**
**F. Alexis Tretter**
Foley & Lardner
321 North Clark Street
Suite 2800
Chicago, IL 60601
(312) 832-4500
Email: jrlandis@foley.com
ftretter@foley.com

**William Gibbs Sullivan**
Martin, Brown & Sullivan, Ltd.
321 South Plymouth Court
10th Floor
Chicago, IL 60604
(312) 360-5000
Fax: (312) 360-5026
Email: Sullivan@mbslaw.com

**Gregory J. Scandaglia**
Scandaglia & Ryan
55 East Monroe Street
Suite 3930
Chicago, IL 60603
(312) 580-2020
Email: gscandaglia@scandagliaryan.com

**Harry O. Boreth**
Glasser, Boreth, Ceasar & Kleppin
8751 W. Broward Boulevard
# 105
Plantation, FL 33324
(954) 424-1933
Fax: (954) 474-7405
Email: hboreth@aol.com

**Dennis E. Quaid, Christina M. Berish &**
**Gary Eugene Green**
Fagel & Haber
55 E. Monroe St.
40th Floor
Chicago, IL 60603
(312) 346-7500
Emails: dquaid@fagelhaber.com
cberish@fagelhaber.com
ggreen@fagelhaber.com

**Richard Mason & David Hartsell**
McGuireWoods LLP
77 W. Wacker Street
Suite 4100
Chicago, IL 60601
(312) 750-8898
Emails: dhartsell@mcguirewoods.com
rmason@mcguirewoods.com

**James D. Newbold**
Assistant Attorney General
Revenue Litigation Bureau
Office of the Illinois Attorney General
100 W. Randolph St., 13th Fl
Chicago, IL 60604

82013-1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 11 |
| | ) | |
| CAPITAL ACQUISITIONS | ) | Case No. 05-12554 |
| AND MANAGEMENT CORP. | ) | |
| | ) | |
| Debtor. | ) | Hon. PAMELA S. HOLLIS |
| | ) | |
| | ) | |

### MOTION TO VACATE ORDER OF MAY 4 2006 AND ENTER ORDER OF APPROVAL OF SALE REVISED TO CONFORM WITH THE BIDDING PROCEDURES MOTION GRANTED ON APRIL 27, 2006

LePetomane XII, Inc., not individually but solely as the duly appointed Equity Receiver (the "Receiver") of Capital Acquisitions & Management Corp. ("CAMCO" or "Debtor"), through its undersigned counsel, respectfully requests that this Court vacate its Order of May 4, 2006, approving the transfer of all rights, title, and interest, if any, of Capital Acquisitions & Management Corp. in shares of Rainbow International Holdings, L.L.C., replacing it with the attached Revised Order, which conforms to the terms of the bidding procedures motion approved by this Court on April 27, 2006. In support of its Motion, the Receiver states:

#### Background

1.  Rainbow International Holdings L.L.C. ("Rainbow") is a closely held Florida limited liability company formed in July of 1999 in which CAMCO, a member of Rainbow, holds a twenty percent (20%) interest.

2.  On December 15, 2005, the Receiver filed its Motion to Sell CAMCO's interests in Rainbow (the "Sale Motion").

3.  On January 24, 2006, the Receiver filed the Receiver's Motion for Approval of Bidding Procedures for Sale of Debtor's Interest in Rainbow International Holdings, L.L.C. (the "Bidding Procedures Motion").

4. On April 27, 2006, this Court entered a Memorandum Opinion granting the Bidding Procedures Motion and continuing the Sale Motion to an auction date to be specified.

5. On May 4, 2006, this Court approved sale of CAMCO's interest in Rainbow to the Current Members of Rainbow for $25,000.00.

6. The Bidding Procedures Motion approved in this Court's Memorandum Opinion states in part:

> a. Ample notice of the Receiver's intention to sell CAMCO's interest in the Rainbow Shares was provided to creditors, parties, and the U.S. Trustee through service of the Receiver's December 15 Motion, as stated above.
>
> b. Section 363(f) of the Bankruptcy Code provides that estate property may be sold under subsection (b) "free and clear of any interest in such property of an entity other than the estate, only if . . . (2) such entity consents . . . ."
>
> c. Any creditor who may have asserted a lien in this asset has consented to the sale free and clear of liens for purposes of §363(f) by failing to object prior to or at the January 10, 2006 hearing on the December 15 Motion. Futuresource LLC v. Reuters, Ltd., 312 F.3d 281, 285 (7th Cir. 2002).
>
> d. Accordingly, this Court may order sale of the asset free and clear of the liens and security interests of all parties who have a valid, perfected security interest in the proceeds of sale and of any claims against the Receivership Estate asserted by the Federal Trade Commission in Federal Trade Commission v. Capital Acquisitions & Management Corp. et al., No. 04 C 7781.

Bidding Procedures Motion at ¶¶ 22-25.

6. The provision authorizing the Receiver to transfer CAMCO's interest in Rainbow "free and clear of the liens and security interests of all parties who have a valid, perfected security interest in the proceeds of sale," though approved as part of the bidding procedures motion, was not included in the Order authorizing sale of CAMCO's interest in Rainbow entered by this Court on May 4, 2006.

80886-1

7,    The Receiver accordingly asks this Court to vacate the May 6 Order and issue the attached Proposed Order, which conforms to the language of the Bidding Procedures Motion approved by this Court in its Memorandum Opinion of April 27.

WHEREFORE, the Receiver respectfully moves this Court to vacate its Order of May 4, 2006, regarding the transfer of CAMCO's interest in Rainbow International Holdings, L.L.C., and enter the attached Order, which has been revised to conform to the Bidding Procedures Motion as approved by this Court on April 27, 2006.

Dated:  June 30, 2006                              Respectfully submitted,

                                                   LePetomane XII, Inc., not individually but
                                                   solely as Federal Equity Receiver

                                                   By:    /s/ Melissa C. Brown
                                                          One of Its Attorneys

Melissa C. Brown (ID#6242587)
Sugar, Friedberg & Felsenthal LLP
30 N. LaSalle Street
Suite 3000
Chicago IL 60602
(312) 704-2175

80886-1